IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| SARAH A. TALLEY, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | No. 3:10-cv-01217 |
| ) | |
| ) | Judge Nixon |
| CAROLYN W. COLVIN, ) | Magistrate Judge Griffin |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Pending before the Court is Plaintiff Sarah A. Talley's Motion for Judgment on the Administrative Record ("Motion") (Doc. No. 13), filed with a Memorandum in Support (Doc. No. 14). Defendant Commissioner of Social Security filed a Response to Plaintiff's Motion ("Response") (Doc. No. 19). Subsequently, Magistrate Judge Griffin issued a Report and Recommendation ("Report") recommending that Plaintiff's Motion be granted to the extent that the case be remanded to the Commissioner. (Doc. No. 22 at 35.) The Report was filed on December 4, 2013, and provided a period of fourteen days in which either party could file an objection. (*Id.*) Neither party has filed an objection to date.

Upon review of this matter, the Court finds the Report to be well-founded and **ADOPTS** it in its entirety. Accordingly, the Court hereby **GRANTS** Plaintiff's Motion to the extent outlined in the Report and **REMANDS** the case to the Commissioner. The Clerk of the Court is **DIRECTED** to close the case.

It is so ORDERED.

_____
JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT